UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL PATRICK JOLIVETTE,

Petitioner,

v.

SUPERIOR COURT OF SOLANO COUNTY, et al.,

Respondents.

No. 2:25-cv-00180-DAD-JDP

ORDER DENYING MOTION FOR DEFAULT JUDGMENT AS MOOT

(Doc. No. 32)

On July 28, 2026, the court adopted the assigned magistrate judge's findings and recommendations (Doc. No. 10), dismissed petitioner's second amended petition for writ of habeas corpus without leave to amend, and closed this case. (Doc. No. 28.) On August 7, 2026, petitioner filed a motion for default judgment, although it appears that petitioner may have mailed this motion to the court on July 23, 2026. (Doc. No. 32 at 4.) In light of the dismissal and closure of this case, the court DENIES petitioner's motion for default judgment (Doc. No. 32) as having been rendered moot.

IT IS SO ORDERED.

Dated: **August 11, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE